Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Frantasia Kemp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| BRIAN AVILEZ,<br><br>         Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>         Defendants. | Federal Case No.: 5:17-CV-02954-HRL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LOS ANGELES FEDERAL CREDIT UNION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Avilez, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Los Angeles Federal Credit Union as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court

order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Los Angeles Federal Credit Union has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: July 28, 2017                                Sagaria Law, P.C.

                                                    By:  */s/ Elliot W. Gale*
                                                         Elliot W. Gale
                                                    Attorneys for Plaintiff
                                                    Brian Avilez