Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Brian Avilez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **BRIAN AVILEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC., et al.**, <br><br> Defendants. | Case No.: 5:17-cv-02954-EJD <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Brian Avilez and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

DATED: June 26, 2018 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Brian Avilez

DATED: June 26, 2018 **Jones Day**

By: */s/ Benjamin C. Lee*
Benjamin Chung Lee
Attorney for Defendant Experian
Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice. The Clerk shall close this file.

IT IS SO ORDERED.

DATED: June 26, 2018

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE